KITSON, Respondent, *v.* BLAKE, Appellant.

SAME *v.* BLAKE *et al.*, Appellants.

(*Supreme Court, General Term, Second Department.* July 2, 1891.)

Action by Thomas Kitson against Sarah F. Blake, and action by Thomas Kitson against Frederick D. Blake and others.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*C. Bainbridge Smith,* for appellants. *F. D. Blake* and *Norwood & Coggeshall,* (*Carlisle Norwood,* of counsel,) for respondent.

DYKMAN, J. These are appeals from orders denying a motion in each of the cases to open a default taken at the circuit. The actions are brought upon promissory notes, and there have been several other actions of the same kind in which defaults have been taken under similar circumstances, and appeals have been taken from orders denying motions to open such defaults. One of those appeals was decided at the last general term, (14 N. Y. Supp. 446,) and our examination satisfied us that the defendants were destitute of defense to the actions, and that no sufficient reason was presented to the trial court for a postponement of the trial. These appeals present substantially similar questions, and we find no reason for any different conclusion. The orders should be affirmed, with $10 costs and disbursements.

---

PENTLARGE, Respondent, *v.* EDDY, Appellant.

(*Supreme Court, General Term, Second Department.* July 2, 1891.)

Action by Rafael Pentlarge against George B. Eddy.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*George Wilcox,* for appellant. *Hirsh & Rasquin,* (*Hugo Hirsh,* of counsel,) for respondent.

PRATT, J. The cause was submitted to the jury on a single question, which was determined in plaintiff's favor. We think it was properly submitted, and the verdict decisive of the case. Judgment affirmed, with costs. All concur.

---

RENDERLE, Respondent, *v.* FINKEN *et al.*, Appellants.

(*Supreme Court, General Term, Second Department.* July 2, 1891.)

Appeal from special term, Kings county.

Action by Margarethe Renderle against Elizabeth Finken, and John Finken and another, administrators of Treno Jung, deceased.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Strong & Cadwalader,* (*Geo. W. Wickersham,* of counsel,) for appellants. *F. P. Traut,* for respondent.

DYKMAN, J. This action was commenced to procure the nullification and cancellation of a deed made by the plaintiff to the defendant Elizabeth Finken, and have the deed from Elizabeth Finken to Lizzie Haviland adjudged to have been taken subject to all the equities existing between the plaintiff and Elizabeth Finken. The plaintiff's claim to relief was based upon the fraud of the defendant Elizabeth Finken, exerted in the procurement of a deed of conveyance of all her right, title, and interest in and to the property and estate of her sister, Treno Jung, deceased. The facts and circumstances constituting the fraud upon which the plaintiff relies for relief are set out fully in the complaint, and, after a trial at the special term, the facts were found by the trial judge substantially in accordance with the allegations in the complaint. Two of the defendants have appealed from the judgment entered up.